# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WOODROW HOOD II and KITTY HOOD, | CASE NO.: 3:14-cv-01114-RS |
| Plaintiffs, | [~~PROPOSED~~] ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE |
| VS. | |
| AIRSERV CORP.; UNITED AIRLINES, INC.; DOES 1-20, | |
| Defendants. | |

### [~~PROPOSED~~] ORDER GRANTING STIPULATION

### FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

Upon stipulation of the parties and pursuant to Federal Rule of Civil Procedure 41(a)(1), the Court orders this action is hereby dismissed with prejudice.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 3/25/15

By: *[signature]*
The Honorable Richard Seeborg